People v Walker (2025 NY Slip Op 06396)

People v Walker

2025 NY Slip Op 06396

Decided on November 20, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 20, 2025

Before: Manzanet-Daniels, J.P., Kapnick, Shulman, Rosado, Hagler, JJ. 

Ind No. 71404/21|Appeal No. 5211|Case No. 2022-05448|

[*1]The People of the State of New York, Respondent,
v
Sherman Walker, Defendant-Appellant.

Caprice R. Jenerson, Office of the Appellate Defender, New York (Christiana Hope Prater-Lee of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Julianna Sousou of counsel), for respondent.

Judgment, Supreme Court, New York County (Diane Kiesel, J. at plea; Miriam Best, J. at sentencing), rendered November 30, 2022, convicting defendant of attempted grand larceny in the second degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.
Defendant's challenges to his plea do not fall within the narrow exception to the preservation requirement (see People v Williams, 27 NY3d 212, 214 [2016]), and we decline to review these unpreserved claims in the interest of justice. Defendant had ample opportunity, with the assistance of counsel, to alert the court to any perceived defects in the plea colloquy, or to move to withdraw the plea. As an alternative holding, we find that the record as a whole establishes that the plea was knowingly, intelligently, and voluntarily made (see People v Walker, 151 AD3d 569 [1st Dept 2017]; People v Terrell, 134 AD3d 651, 652 [1st Dept 2015], lv denied 27 NY3d 1075 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 20, 2025